IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL DREWS,

Defendant.

4:22-CR-3150

ORDER

The defendant has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." However, it has been more than 18 months since the probation office completed its compassionate release investigation report (filing 34), and the Court finds that a more current assessment by the probation office of the defendant's medical condition and proposed release plan is necessary for the Court to make a reasoned decision on the defendant's motion. Accordingly,

IT IS ORDERED:

1.  The Office of U.S. Probation and Pretrial Services shall promptly conduct an updated compassionate release investigation report.

2.  The Office of U.S. Probation and Pretrial Services shall, as soon as the defendant's recent medical records are obtained,

file those records as sealed documents in this case, and provide copies to counsel for the parties. The updated compassionate release investigation report shall, when complete, be filed as a restricted document in this case, and be provided to counsel for the parties.

3.      The Clerk of the Court shall set a case management deadline for February 27, 2026 with the following docket text: Check for medical records and compassionate release investigation report.

4.      The Clerk of the Court shall provide a copy of this order to Supervising U.S. Probation Officer Brandon Maxon and U.S. Probation Officer Chessie Vesely.

Dated this 28th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge