IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

DANIEL DREWS,

                Defendant.

4:22-CR-3150

ORDER

The Court has received an updated compassionate release investigation report from the probation office which, among other things, raises questions regarding the defendant's proposed release plan should the Court grant his motion for compassionate release. Filing 51. Accordingly,

1.    The defendant shall file a supplemental brief in support of his motion for compassionate release (filing 27) on or before March 13, 2026.

2.    The government may file a supplemental reply to the defendant's motion on or before March 20, 2026.

Dated this 27th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge